UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDRE DENNIS

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

                    -against-

NASSAU COUNTY CORRECTIONAL
CENTER &
NASSAU COUNTY &
NASSAU COUNTY SHERIFFS
DEPARTMENT & DEPT. OF
SECURITY
                Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   **JUL 12 2019**   ★

LONG ISLAND OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES  _✓_   NO  _____

# CV-19 4041

# MATSUMOTO, J.

BLOOM, M.J.

I.    **Parties:**  (In item A below, place your name in the first blank and provide your present
      address and telephone number.  Do the same for additional plaintiffs, if any.)

      A.  Name of plaintiff  ANDRE DENNIS _____

      If you are incarcerated, provide the name of the facility and address:

      NASSAU COUNTY CORRECTIONAL CENTER
      100 CARMAN AVE  EAST MEADOW, NY 11554

      Prisoner ID Number:  1700-0955 _____

                                1

RECEIVED

JUL 12 2019

EDNY PRO SE OFFICE

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1          NASSAU COUNTY CORRECTINAL CENTER
                         Full Name
                         PRISONER HOLDING FACILITY
                         Job Title
                         100 CARMAN AVE   EAST MEADOW,
                         NY  11554
                         Address


Defendant No. 2          NASSAU COUNTY
                         Full Name
                         COUNTY
                         Job Title
                         NASSAU COUNTY

                         Address


Defendant No. 3          NASSAU COUNTY SHERIFFS DEPARTMENT
                         Full Name

                         Job Title


2

Address

_____

Defendant No. 4        DEPT. OF SECURITY

Full Name

INMATE SECURITY

Job Title

NASSAU COUNTY

_____

Address

Defendant No. 5        _____

Full Name

_____

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur?  NASSAU COUNTY CORRECTIONAL CENTER IN THE MAIN BUILDING ON B3C (DORM)

When did the events happen? (include approximate time and date) SEPTEMBER 21, 2018  BETWEEN  1:45 - 2:15 P.M

_____

3

Facts: (what happened?) I WAS ON THE PHONE WITH MY GIRLFRIEND WHEN I WAS ASSAULTED & STABBED OVER 12 TIMES BY A GROUP OF INMATES. I WAS HIT IN MY EYE WITH A SOAP IN A SOCK & NO LONGER SEE CLEAR IN MY RIGHT EYE. I WAS REFUSED MEDICAL ATTENTION FOR 2 HOURS.

(CALLS ARE RECORDED & CAN PROVE I WAS TAKEN OFF GUARD & DID NOT HAVE A CHANCE.)

**II.A.   Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I'VE LOST PARTIAL VISION IN MY RIGHT EYE, SEVERAL STAB WOUNDS & FACE CUTS. I RECIEVED MEDICAL ALMOST 2 HOURS AFTER THE INCIDENT. I WAS GIVEN STITCHES TO A FEW STAB WOUNDS & PRESCRIBED GLASSES FOR MY EYE. I AM NOW NERVOUS & PARANOID

AROUND GROUPS OF PEOPLE & FEEL MY IMAGE
HAS ~~BEEN~~ CHANGED SINCE I'VE BEEN SCARRED
FOR LIFE.

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

I AM SEEKING $10 MILLION DOLLARS FOR
PAIN & SUFFERING, NEGLIGENCE, NEGLECT,
RECKLESSNESS, CARELESSNESS & DELAY IN
PROPER MEDICAL ~~ATTENTION~~ TREATMENT.

I declare under penalty of perjury that on _7/16/2019_ , I delivered this
                                            (date)
complaint to prison authorities at _NASSAU COUNTY CORRECTIONAL_ to be mailed to the United
                                   (name of prison)    CENTER
States District Court for the Eastern District of New York.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: _7/16/2019_                    _____
                                     Signature of Plaintiff

                    _NASSAU COUNTY CORRECTIONAL CENTER_
                    Name of Prison Facility or Address if not incarcerated

                    _100 CARMAN AVE_
                    _EAST MEADOW, NY 11554_

                    Address

                    _1700-0955_
                    Prisoner ID#

                                        rev. 12/1/2015