UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRE DENNIS,

                Plaintiff,                                              **ORDER**
                                                                               **19 CV 4041 (KAM)(LB)**

   -against-

JOHN DOE 1, JANE DOE 1, JOHN DOE 2,
JOHN DOE 3, JOHN DOE 4, JOHN DOE 5,
JOHN DOE 6,

                Defendants.
------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Plaintiff commenced this *pro se* civil rights action on July 12, 2019, alleging that he was physically assaulted by inmates at the Nassau County Correctional Center on September 21, 2018. ECF No. 1. The Court granted plaintiff's application to proceed *in forma pauperis* and dismissed plaintiff's complaint for failure to state a claim but granted him thirty days to amend on June 1, 2020. ECF No. 7. Plaintiff filed his amended complaint on August 31, 2020, alleging that Jane and John Doe correctional officer failed to provide him with timely medical attention.[1] ECF No. 10. The Court directed the Office of the Nassau County Attorney ("the Office") to ascertain the identities of the Jane and John Doe correctional officers; however, it appears that due to an error of the Court, the Office never received the Court's September 3, 2020 Order.

      Accordingly, pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997) (*per curiam*) the Office is hereby directed to identify the Jane and John Doe officers described in plaintiff's amended complaint, and to provide service addresses for the officers by December 19, 2022. The Office need not undertake to defend or indemnify these individuals at this juncture. This Order

---

[1] Plaintiff did not file his amended complaint by the deadline, and the Court entered a judgment for defendants against plaintiff. However, the Court vacated its the order and the judgment when it received plaintiff's amended complaint on September 3, 2022. ECF No. 12.

merely provides a means by which the individual may be identified and properly served.[2] However, the Office shall assign someone to appear as an interested party in this case to address any potential service issues that may arise. Plaintiff shall file a letter with the Court by December 19, 2022, affirming receipt of this Order and plaintiff's current address. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff and to the Office of the Nassau County Attorney.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 17, 2022
      Brooklyn, New York

---

[2] After the Office identifies and provides addresses for service of process for defendants, the Court shall direct the United States Marshals Service to serve the summons and complaint.