

Rob Rickner | rob@ricknerpllc.com

June 12, 2023

**Via ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Dennis v. Kwarta, et al.*, 19-CV-4041

Dear Judge Bloom,

We are writing to inform the Court that Plaintiff Andre Dennis reached out to our office, through his wife. She indicated that Mr. Dennis has had issues getting his mail while incarcerated, and he has recently been moved to Eastern Correctional Facility.

We are requesting a call with his current facility, and this typically takes two or three weeks, although it can take longer, depending on the facility and where he is being housed. We hope to have a report to the Court shortly after, regarding whether we can represent Mr. Dennis *pro bono* in this action.

Respectfully,

  /s/

Rob Rickner