UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE DENNIS,<br><br>       Plaintiff,<br><br>-against-<br><br>SERGEANT JOSEPH KWARTA, CORPORAL HENRY ROUBIAN, CORPORAL ROY GIER, CORPORAL JOSEPH GULOTTA, C.O. BRIAN HARRIS, C.O. VAN HOUTEN, C.O. COREY SPERLING, C.O. THOMAS DUPREY, C.O. JOHN WALTER, and C.O. JOSEPH PAS CARELLA,<br><br>       Defendants. | NOTICE OF APPEARANCE<br><br>Docket No. 2:19-CV-04041 (KAM) (LB) |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as pro bono counsel for: ANDRE DENNIS.

Dated: New York, New York
    July 12, 2023

                      Rickner PLLC

                      By:  /s/

                      Rob Rickner

                      14 Wall Street, Suite 1603
                      New York, New York 10005
                      Phone: (212) 300-6506
                      Fax: (888) 390-5401
                      *Attorney for Plaintiff*

Served via ECF on:
All Parties of Record