

Rob Rickner | rob@ricknerpllc.com

July 25, 2023

**Via ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Dennis v. Nassau County, et al.*, 2:19-cv-04041-KAM-LB

Dear Judge Bloom,

We represent the Plaintiff in the above-captioned matter and we write to state that we would like a jury trial in this action.

Respectfully,

  /s/

Rob Rickner